UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-62282-WPD

PROGRESSIVE EXPRESS INSURANCE COMPANY,
an Ohio Corporation,

    Plaintiff,

vs.

STAR PAINTING & WATERPROOFING,
INC., a Florida corporation, JOSE
PEREZ, MOHAMED AFOUNI,
KATHRYN BEICH, JUAN DIAZ,
ANTONIA CARMEN DIAZ, and YOUNG
MEN'S CHRISTIAN ASSOCIATION OF
SOUTH FLORIDA, INC., a Florida
corporation,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the Court's entry of Findings of Fact and Conclusions of Law. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Final judgment is hereby entered in favor of Plaintiff Progressive Express Insurance Company and against Defendants, declaring that:

    a. The Commercial Auto Policy under Policy No. 03656052-3, issued to Defendant Star Painting & Waterproofing, Inc., for the policy period from April 13, 2018 to April 13, 2019, was reinstated with no lapse in coverage through

misrepresentation and that, therefore, the Commercial Auto Policy does not provide coverage to Star Painting & Waterproofing, Inc. or Jose Perez for the damages being claimed by Mohamed Afyouni and Kathryn Beich in the underlying litigation over the February 8, 2019 accident involving the Mack truck;

b. That Progressive Express Insurance Company has no duty to indemnify Star Painting & Waterproofing, Inc. or Jose Perez for any damages awarded to either Mohamed Afyouni and/or Kathryn Beich in the underlying litigation;

c. That Progressive Express Insurance Company has no duty to defend Star Painting & Waterproofing, Inc. or Jose Perez in the underlying litigation.

2. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers, in Fort Lauderdale, Broward County, Florida, this 27th day of August, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record